UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ET TRADING, LTD,<br><br>    Plaintiff,<br><br>    v.<br><br>CLEARPLEX DIRECT, LLC, et al.,<br><br>    Defendants. | Case No.:15-CV-00426-LHK<br><br>**ORDER RE EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND OSC RE PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 9 |

On February 11, 2015, Plaintiff ET Trading, LTD ("Plaintiff" or "ET") filed this *ex parte* application for a temporary restraining order ("TRO") and preliminary injunction against Defendants ClearPlex Direct, LLC and ClearPlex Corporation (collectively, "Defendants"). *See* TRO Application ("TRO App."), ECF No. 9. On February 11, 2015, Plaintiff provided notice of its TRO application to Defendants via email to Peter Jensen, President of ClearPlex Corporation ("CP-Corp") and Chris Tomaszewski, Vice Present and Legal Counsel of ClearPlex Direct, LLC ("CP-Direct"). *See* Declaration of Leigh O. Curran, ECF No. 9-5.

Defendants are hereby ordered to file a response to Plaintiff's TRO application by February 18, 2015.

1

Case No.: 15-CV-00426-LHK
ORDER RE EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND OSC RE PRELIMINARY INJUNCTION

**IT IS SO ORDERED.**

Dated: February 12, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 15-CV-00426-LHK
ORDER RE EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND OSC RE PRELIMINARY INJUNCTION