UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ET TRADING, LTD,<br><br>    Plaintiff,<br><br>  v.<br><br>CLEARPLEX DIRECT, LLC, et al.,<br><br>    Defendants. | Case No.15-cv-00426-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Yaw-Jiun Wu
Defendants' Attorney: Lita Verrier

    An initial case management conference was held on July 8, 2015. A further case management conference is set for August 26, 2015, at 2:00 p.m. The parties shall file their joint case management statement by August 19, 2015.

    The parties shall file their stipulation of dismissal by August 14, 2015 or a joint case management statement by August 19, 2015. If the parties do not file a stipulation of dismissal by August 14, 2015, the parties shall exchange initial disclosures by August 21, 2015.

    There is no stay of discovery.

    The parties may depose Christine Pu and two additional witnesses to be identified by the parties for up to 10 hours.

    The Court set the following case schedule:

1

Case No. 15-cv-00426-LHK
CASE MANAGEMENT ORDER

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: September 1, 2016

FACT DISCOVERY CUTOFF: February 1, 2016

EXPERT DISCOVERY:
   Opening Reports: March 1, 2016
   Rebuttal Reports: March 15, 2016
   Close of Expert Discovery: March 29, 2016

DISPOSITIVE MOTIONS shall be filed by April 14, 2016, and set for hearing no later than May 19, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: July 28, 2016, at 1:30 p.m.

JURY TRIAL: August 8, 2016, at 9:00 a.m.  Trial is expected to last 4 days.

**IT IS SO ORDERED.**

Dated: July 8, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 15-cv-00426-LHK
CASE MANAGEMENT ORDER

2